IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CHARLIE B. BUSH, JR.,** | ) | **CASE NO. 4:09CV3138** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **DONALD BRANDT, and LANCASTER COUNTY JAIL,** | ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the previous Memorandum and Order entered this date, this case is dismissed without prejudice.

Pursuant to the Prison Litigation Reform Act, Charlie B. Bush, Jr., is hereby notified that the filing of a notice of appeal by a prisoner makes the prisoner liable for payment of the full $455.00 appellate filing fee regardless of the outcome of the appeal. An incarcerated civil appellant is required to pay the full amount of the $455.00 filing fee by making monthly payments to the court, even if he or she is proceeding in forma pauperis. 28 U.S.C. § 1915(b).

By filing a notice of appeal, the prisoner consents to the deduction of the $455.00 filing fee from the prisoner's prison account by prison officials. The prisoner must submit to the clerk of the district court a certified copy of the prisoner's prison account for the last six months within 30 days of filing the notice of appeal. Failure to file the prison account information will result in the assessment of an initial appellate partial fee of $35 or such

other amount that is reasonable, based on whatever information the court has about the prisoner's finances.

Dated this 2nd day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.